to the District Court of Appeal, 2d Appellate District, of California, denied. *A. L. Wirin* for petitioners. *Archibald H. Vernon* and *Gilbert E. Harris* for respondent.

No. 1084. GATEWOOD *v.* SANDERS ET AL. May 20, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Leon T. Seawell* for petitioner. *George M. Lanning* for respondents.

No. 1091. LOS ANGELES SOAP Co. *v.* UNITED STATES. May 20, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Isidore B. Dockweiler* and *Thomas A. J. Dockweiler* for petitioner. *Solicitor General McGrath, Sewall Key, Helen R. Carloss* and *Norman S. Altman* for the United States.

No. 1094. BARNES *v.* PHILADELPHIA. May 20, 1946. Petition for writ of certiorari to the Superior Court of Pennsylvania denied. *Thomas D. McBride* for petitioner. *Abraham Wernick* for respondent.

No. 1097. KNUDSEN *v.* STEGMAN. May 20, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Walter H. Maloney* for petitioner.

No. 1102. GOULD ET AL. *v.* UNITED STATES. May 20, 1946. Petition for writ of certiorari to the Circuit Court